

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 4:26-cr-20074<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 02-18-2026<br>INDI USA v. Alejandro Castanon (tt) |
| v. | |
| ALEJANDRO D. CASTANON, | Violations: 18 U.S.C. § 2119 |
| Defendant. | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 18 U.S.C. § 2119
*Attempted Carjacking*

On or about January 26, 2026, in the Eastern District of Michigan, Alejandro D. Castanon attempted to take a motor vehicle that had been transported in interstate and foreign commerce, that is, a 2014 Cadillac SRX, from the person or presence of another, by force and violence and by intimidation, with the intent to cause death or serious bodily harm, in violation of Title 18, United States Code, Section 2119.

## **COUNT TWO**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm and Ammunition*

On or about January 26, 2026, in the Eastern District of Michigan, Alejandro D. Castanon, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, specifically a Taurus, model PT24/7 PRO, 9mm caliber semiautomatic pistol and three rounds of 9mm caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
## (18 U.S.C. § 924(d)(1))

The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Count Two Alejandro D. Castanon shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY P. VANCE
Anthony P. Vance
Assistant United States Attorney
Chief, Branch Offices

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Jules.DePorre@usdoj.gov
P73999

Dated: February 18, 2026

**Companion Case information MUST be completed by AUSA**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 4:26-cr-20074<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 02-18-2026<br>INDI USA v. Alejandro Castanon (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☑ No | AUSA's Initials: JMD |

Case Title: USA v. ALEJANDRO D. CASTANON

County where offense occurred : GENESEE

Check One:   ☑ Felony       ☐ Misdemeanor       ☐ Petty

    X  Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: _____]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 18, 2026
    Date

*Jules M. DePorre* (signature)
Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013